IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 03-cv-2272-RPM-BNB

KIM SYMES and CHRISTOPHER PAUL NORTHCOTT

    Plaintiffs,

v.

STEPHEN R. HARRIS, MAGDALEN J. HARRIS,
and ROTALOC INT'L, LLC

    Defendants.

## ORDER GRANTING TEMPORARY STAY OF PROCEEDINGS FOLLOWING REMAND

THIS MATTER comes before the Court on the Stipulation for Temporary Stay of Proceedings Following Remand. The Court, having reviewed the stipulation and being otherwise familiar with the matter, hereby ORDERS as follows:

IT IS ORDERED that further proceedings in this civil action are hereby stayed for ninety-days to and until May 10, 2007;

IT IS FURTHER ORDERED that if the parties are unable to reach agreement on the terms of settlement on or before April 10, 2007, the parties, through counsel, will work together to schedule a mediation of this dispute with a mediator acceptable to all parties and agree that the costs of retaining the mediator will be shared equally by plaintiffs and defendants;

IT IS FURTHER ORDERED that the parties will make all reasonable efforts necessary to schedule the mediation prior to May 10, 2007;

IT IS FURTHER ORDERED that if a mediation cannot be scheduled prior to May 10, 2007, the parties will inform the Court of the identity of the mediator and date for mediation and by joint motion request that the Court extend the stay in order to allow the mediation to proceed and, if a settlement is reached, to allow the parties a reasonable time to finalize and execute settlement papers;

2

IT IS FURTHER ORDERED that if a settlement is not reached during the time that this case is stayed, the parties jointly will notify the Court and request a conference to schedule further proceedings in this case; and

IT IS FURTHER ORDERED that the Stipulation will not preclude the parties from jointly requesting an extension to the stay upon good cause shown and subject to the Court's approval.

SO ORDERED this 14th day of February, 2007.

                                                  BY THE COURT:

                                                  s/Richard P. Matsch

                                                  _____
                                                  Senior District Judge Richard P. Matsch
                                                  U.S. District Judge