IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 03-cv-2272-RPM-BNB

KIM SYMES and CHRISTOPHER PAUL NORTHCOTT

    Plaintiffs,

v.

STEPHEN R. HARRIS, MAGDALEN J. HARRIS,
and ROTALOC INT'L, LLC

    Defendants.

**ORDER GRANTING EXTENSION OF TEMPORARY STAY OF PROCEEDINGS FOLLOWING REMAND**

THIS MATTER comes before the Court on the Stipulation for an Extension of Temporary Stay of Proceedings Following Remand.  The Court, having reviewed the stipulation and being otherwise familiar with the matter, hereby ORDERS as follows:

IT IS ORDERED that further proceedings in this civil action are hereby stayed to and until June 11, 2007;

IT IS FURTHER ORDERED that if a settlement cannot be finalized prior to June 11, 2007, the parties will inform the Court whether the case likely will or will not be settled and by joint motion or stipulation request that the Court extend the stay in order to allow the settlement efforts to proceed and, if a settlement is reached, to allow the parties a reasonable time to finalize and execute settlement papers and to file appropriate papers to dismiss this civil action;

IT IS FURTHER ORDERED that if a settlement is not reached during the time that this case is stayed, the parties jointly will notify the Court and request a conference to schedule further proceedings in this case; and

2

IT IS FURTHER ORDERED that the Stipulation will not preclude the parties from jointly requesting an extension to the stay upon good cause shown and subject to the Court's approval.

SO ORDERED this 10th day of May, 2007.

BY THE COURT:

s/Richard P. Matsch

_____
Senior District Judge Richard P. Matsch
U.S. District Judge