IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 03-cv-2272-RPM-BNB

KIM SYMES and CHRISTOPHER PAUL NORTHCOTT

   Plaintiffs,

v.

STEPHEN R. HARRIS, MAGDALEN J. HARRIS,
and ROTALOC INT'L, LLC

   Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

UPON CONSIDERATION of the parties' Stipulation for Dismissal with Prejudice, the Court being fully advised in the premises and good and just cause being shown for making the Stipulation an Order of the Court

IT IS ORDERED that this civil action shall and is hereby dismissed with prejudice, each party to bear their own attorneys fees, costs and expense.

SO ORDERED this 14th day of August, 2007.

BY THE COURT:

s/Richard P. Matsch

United States District Court Judge